337 A.2d 599
**BROAD MOUNTAIN CLUB, INC., Appellee,**
v.
**Frances D. LAZUR, Appellant.**

Supreme Court of Pennsylvania.
Argued April 29, 1974.
Decided April 17, 1975.
Rehearing Denied May 29, 1975.

Kenneth R. Bayless, Laputka, Bayless, Ecker & Cohn, Hazelton, Thomas S. McCready, Lansford, for appellant.

A. W. McMichael, Tamaqua, John Deutsch, Lehighton, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Appellant, Frances D. Lazur, was served with a complaint in equity on August 13, 1969. Within nine days the complaint was brought to the attention of the appellant's attorney. No answer was filed. Sixty-four days after the service of the complaint, and at least fifty-five days after appellant's attorney learned of the complaint, appellee obtained a default judgment. Subsequently, appellant's attorney petitioned to open a default judgment. Relief was denied.

One seeking to open a default judgment must establish that (1) the petition to open the default judgment was promptly filed, (2) the failure to file a timely answer was excusable, and (3) a meritorious defense exists. *Pappas v. Stefan,* 451 Pa. 354, 304 A.2d 143 (1973).

We have examined the record and agree with the trial court that the appellant's failure to file a timely answer was not excusable. The trial court properly denied the petition to open the judgment. *Pappas v. Stefan, supra.*

Decree affirmed. Each party to pay own costs.